

**IT IS ORDERED as set forth below:**

**Date: April 7, 2025**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| ANDY CLAUDE THOMAS and | : | Case No. 24-41349-bem |
| AMY MICHELLE THOMAS, | : | |
| Debtors. | : | Judge: Ellis-Monro |

| | | |
|---|---|---|
| COOSA VALLEY CREDIT UNION, | : | |
| Movant, | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| ANDY CLAUDE THOMAS and | : | |
| AMY MICHELLE THOMAS, | : | |
| Respondents, | : | |
| and | : | |
| | : | |
| THOMAS D. RICHARDSON, | : | |
| Trustee. | : | |

**CONSENT ORDER GRANTING MOTION FOR RELIEF FROM STAY**

This matter having come before the Court without hearing inasmuch as this Consent Order was presented at the time a Motion was filed by Coosa Valley Credit Union (hereinafter "Coosa") seeking relief from the automatic stay as it pertains to a certain 2013 Ford F150 SuperCrew Rear

Wheel Drive w/4WD, VIN#1FTFW1EF4DFC46449 (hereinafter "property"), and the debtors, through counsel, having both consented to the proposed relief and waived the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, and there being no opposition to the requested relief by the Chapter 7 Trustee,

IT IS HEREBY ORDERED that the Motion for Relief from Stay be, and is hereby, GRANTED pursuant to 11 U.S.C. §362(d) so as to allow Coosa to immediately pursue its rights and remedies against the aforementioned property pursuant to the terms of its Note, Security Agreement, Certificate of Title, and applicable state law.

IT IS FURTHER ORDERED that any excess proceeds realized by Coosa from the sale of the aforementioned property be reported to the Chapter 7 Trustee, said excess being subject to any allowed exemptions.

IT IS FURTHER ORDERED that the stay provisions of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure be, and are hereby, waived.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the parties indicated on the Distribution List attached hereto and incorporated herein by reference.

[ END OF DOCUMENT]

(Signatures on next page)

Prepared and presented by:

/S/ Wendell S. Agee
Wendell S. Agee
Attorney for Movant
GA Bar No. 005558
THE AGEE LAW FIRM, LLC
P.O. Box 2284
Buford, GA 30515-2284
(678) 986-0325

Reviewed by:

/S/ Chris Rampley  w/express permission by Wendell S. Agee   03/02/2025
Chris Rampley
Counsel for Debtors
GA Bar No. 593225
Chris Rampley, LLC
P.O. Box 927
Rome, GA 30162-0927
(770) 382-8900

Reviewed by:

/S/ Thomas D. Richardson   w/express permission by Wendell S. Agee   03/24/2025
Thomas D. Richardson
Chapter 7 Trustee
GA Bar No. 604313
BrinsonAskewBerry, LLP
615 West First Street
P.O. Box 5007
Rome, GA 30162-5513
(706) 291-8853

Distribution List:

Wendell S. Agee
THE AGEE LAW FIRM, LLC
P.O. Box 2284
Buford, GA 30515-2284

Andy and Amy Thomas
315 Cherry Hill Drive
Calhoun, GA 30701

Thomas D. Richardson
Chapter 7 Trustee
BrinsonAskewBerry, LLP
615 West First Street
P.O. Box 5007
Rome, GA 30162-5513

Chris Rampley
Chris Rampley, LLC
P.O. Box 927
Rome, GA 30162-0927