IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In Re:<br>ANDY CLAUDE THOMAS<br>AMY MICHELLE THOMAS<br><br>Debtors. | Bankruptcy No. 24-41349BEM<br><br>Chapter 7 |

### NOTICE OF INTENT TO ABANDON PROPERTY

      NOTICE IS HEREBY given that the Trustee, THOMAS D. RICHARDSON, intends to abandon the below described property and any objections to the abandonment must be filed on or before fourteen (14) days from the date of the mailing of this Notice as shown on the Certificate of Service below.  Said objections should state specifically why the property should not be abandoned.  Unless a timely objection is filed and a hearing requested, no hearing will be held and the abandonment shall take place and be effective on the date following the period herein described for filing objections without further action by the trustee.

1. 2013 Ford F-150
2. 2022 Nissan Sentra
3. 2017 Grey Wolf 23DBH Camper
4. 2016 Ford Expedition
5. 2008 Ford Edge

Date: May 16, 2025

s/Thomas D. Richardson
Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853

1462528

## CERTIFICATE OF SERVICE

I, Thomas D. Richardson, of Brinson, Askew, Berry, LLP, do hereby certify that I am Trustee in bankruptcy for the estate of Andy Claude Thomas and Amy Michelle Thomas and that I have on this day electronically filed the foregoing Notice of Proposed Abandonment or Disposition of Property ("Notice") using the Bankruptcy's Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice to the following parties who have appeared in this case under the Bankruptcy's Court's Electronic Case Filing Program:

- rampley@hotmail.com; crampleyecf@outlook.com; CRampley@jubileebk.net

I further certify that on this day I caused a copy of the Notice only to be served on the parties listed below via email and/or U.S. First Class Mail with adequate postage prepaid:

Andy Claude Thomas
315 Cherry Hill Drive
Calhoun, GA 30701

Any Michelle Thomas
315 Cherry Hill Drive
Calhoun, GA 30701

Alan Hinderleider, Esq.
Alan.hinderleider@usdoj.gov

This 16th day of May, 2025.

        BRINSON, ASKEW, BERRY, LLP

        s/Thomas D. Richardson
        Thomas D. Richardson
        Georgia Bar No. 604313
        Attorneys for Trustee in bankruptcy for the
        estate of Andy Claude Thomas and Amy Michelle
        Thomas

1462528